1122

No. 81–6355.  OLIVO v. FOGG.  C. A. 2d Cir.  Certiorari denied.

No. 81–6357.  RUDOLPH v. ALLEN.  C. A. 11th Cir. Certiorari denied.

No. 81–6391.  MONK v. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 9th Cir.  Certiorari denied.

No. 81–6423.  JOHNSTONE v. WOLFF, DIRECTOR, NEVADA STATE PRISON.  C. A. 9th Cir.  Certiorari denied.

No. 81–6461.  BEZAK v. OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 81–6471.  BUCKHANA ET AL. v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 81–6489.  LEE v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 81–6490.  MANDRACHIO v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 81–6519.  RIVERA v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 81–6545.  BAINTER v. WYRICK, WARDEN, MISSOURI STATE PENITENTIARY.  C. A. 8th Cir.  Certiorari denied.

No. 81–6553.  LAGASSE v. VESTAL, WARDEN, MAINE STATE PRISON, ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 81–6555.  HUDGINS v. HARRIS, SHERIFF OF MECKLENBURG COUNTY.  C. A. 4th Cir.  Certiorari denied.